# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Rosemarie Kelly | : |
| | : Chapter 13 |
| | : Case No.: 16-14800 |

## CERTIFICATE OF SERVICE

     I the undersigned hereby represents and certifies that on the date set forth below deposited in a regularly maintained United States Postal Service depository, with appropriate first class postage affixed, or electronic service, copies of the within Debtor's First Amended Chapter 13 Plan for service on:

Frederick Reigle, Esquire
Chapter 13 Trustee
(electronically)

United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(electronically)

All priority and secured creditors via first class mail or electronic service

Date: 03/22/17                                        /s/ Michael G. Deegan
                                                                             Michael G. Deegan, Esquire
                                                                             Attorney for Debtor
                                                                             134 West King Street
                                                                             Malvern, PA 19355