### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Rosemarie Kelly | : | Chapter 13 |
| Debtor(s) | : | |
| | : | Case No. 16-14800 sr |

### NOTICE OF FIRST APPLICATION FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES
### FOR MICHAEL G. DEEGAN, ATTORNEY FOR DEBTOR

1. Michael G. Deegan, Esquire, counsel for the debtor, has filed an Application for Allowance of Compensation.

2. Counsel is requesting a fee of $3,000.00.

3. The Application is on file with the Clerk, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107, and is available there for inspection.

4. Any answer, objection, or request for a hearing or other responsive pleading to the application must be filed with the Court and served on counsel at the address shown above within 20 days of the date of this notice.

5. In the absence of any answer or objection, the Court may grant the relief requested.

Date: 04/25/17

/s/ Michael G. Deegan
Michael G. Deegan, Esquire
134 West King Street
Malvern, PA 19355
(610) 251-9160
(610) 251-0205 - Fax
Counsel for Debtor