United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Rosemarie Kelly
       Debtor

Case No. 16-14800-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: Antoinett       Page 1 of 1       Date Rcvd: Nov 07, 2017
                         Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2017.
13778871        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
            (address filed with court: Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
            P.O. Box 619096,    Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2017 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      JAMES RANDOLPH WOOD    on behalf of Creditor   East Bradford Township jwood@portnoffonline.com,
       jwood@ecf.inforuptcy.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      MICHAEL G. DEEGAN    on behalf of Attorney Michael   Deegan mgdeegan@comcast.net
      MICHAEL G. DEEGAN    on behalf of Debtor Rosemarie   Kelly mgdeegan@comcast.net
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB,   et al
       bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                        TOTAL: 12

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-14800-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Rosemarie Kelly
758 Shropshire Drive
West Chester PA 19382

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/07/2017.

Name and Address of Alleged Transferor(s):

Claim No. 1: Nationstar Mortgage LLC, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

Selene Finance LP, c/o
Wilmington Savings Fund Society FSB
Attention:Cashiering Department
P.O.Box 71243,Philadelphia,PA 19176-6243

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/09/17

Tim McGrath

**CLERK OF THE COURT**