UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                             :

ROSEMARIE KELLY

                                      : Bankruptcy No. 16-14800JKF
Debtor(s)               : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Jean K. FitzSimon*

Jean K. FitzSimon, B. J.

**Date: October 17, 2018**

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MICHAEL G DEEGAN ESQ
134 W KING ST
MALVERN PA 19355-

ROSEMARIE KELLY
758 SHROPSHIRE DRIVE
WEST CHESTER,PA.19382