United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 16-14800-jkf
Rosemarie Kelly                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Linda            Page 1 of 2           Date Rcvd: Oct 18, 2018
                             Form ID: pdf900        Total Noticed: 22
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db           +Rosemarie Kelly,   758 Shropshire Drive,   West Chester, PA 19382-2243
aty          +Michael Deegan,   134 West King Street,   Malvern, PA 19355-2412
cr           +WILMINGTON SAVINGS FUND SOCIETY, FSB,   Robertson, Anschutz, Schneid, P.L.,
               6409 Congress Ave., Ste 100,   Boca Raton, FL 33487-2853
13755721     +Allied Interstate,   435 Ford Road,   Minneapolis, MN 55426-1063
13829205      Capital One NA,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
13755723     +Carosella & Associates,   882 South Matlack Street,   Suite 101,   West Chester, PA 19382-4503
13755725     +East Bradford Township,   666 Copeland School Road,   West Chester, PA 19380-1822
13809306     +East Bradford Township,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
               Norristown, PA 19404-3020
13755727     +KML Law Group,   701 Market Street,   Suite 500,   Philadelphia, PA 19106-1538
13755729     +Macy's,   PO Box 8218,   Mason, OH 45040-8218
13778871    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,   ATTN: Bankruptcy Department,
               P.O. Box 619096,   Dallas, TX 75261-9741)
13858922     +Plum Tree HOA,   c/o Shew Management,   PO Box 1605,   West Chester, PA 19380-0127
14010721      Selene Finance LP, c/o,   Wilmington Savings Fund Society FSB,
               Attention:Cashiering Department,   P.O.Box 71243,Philadelphia,PA 19176-6243
13755733     +Shew Community Management,   PO Box 1605,   West Chester, PA 19380-0127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Oct 19 2018 02:30:12     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2018 02:29:44
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 19 2018 02:29:59     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13755722     +E-mail/Text: ally@ebn.phinsolutions.com Oct 19 2018 02:29:28     Ally Financial,
               PO Box 380901,   Minneapolis, MN 55438-0901
13755724      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 19 2018 02:29:34     Comenity Bank,
               Bankruptcy Department,   PO Box 182125,   Columbus, OH 43218-2125
13755726      E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 19 2018 02:29:56     Jefferson Capital System,
               16 Mcleland  Road,   Saint Cloud, MN 56303
13755728     +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 19 2018 02:29:31     Kohls,
               N56 W 17000 Ridgewood Drive,   Menomonee Falls, WI 53051-7096
13755730     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 19 2018 02:29:50     Midland Credit Management,
               2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +East Bradford Township,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
               Norristown, PA 19404-3020
13755731*   ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
               Lewisville, TX 75067)
13755732    ##+Portnoff Law Associates,   1000 Sandy Hill Road,   Suite 150,   Norristown, PA 19401-4181
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Linda                 Page 2 of 2                   Date Rcvd: Oct 18, 2018
                              Form ID: pdf900             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:

```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    East Bradford Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL G. DEEGAN    on behalf of Attorney Michael  Deegan mgdeegan@comcast.net
              MICHAEL G. DEEGAN    on behalf of Debtor Rosemarie  Kelly mgdeegan@comcast.net
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB,  et al
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 13
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                      :

ROSEMARIE KELLY

                                                 : Bankruptcy No. 16-14800JKF
Debtor(s)                  : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Jean K. FitzSimon*

**Date: October 17, 2018**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MICHAEL G DEEGAN ESQ
134 W KING ST
MALVERN PA 19355-

ROSEMARIE KELLY
758 SHROPSHIRE DRIVE
WEST CHESTER,PA.19382